JS-6

# THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHKARUEE KHACHADURIAN, | CASE NO. CV-13-2763-JFW (MRWx) |
| Plaintiff, | **ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION, WITH PREJUDICE** |
| v. | |
| NATIONWIDE MUTUAL INSURANCE COMPANY; ALLIED INSURANCE COMPANY; and AMCO INSURANCE COMPANY; and DOES 1 through 10, inclusive, | |
| Defendants. | |

Having considered the parties' Joint Stipulation for Dismissal of Entire Action, With Prejudice, the Court hereby GRANTS the parties' request to:

(1) Dismiss this action in its entirety, **with prejudice**, including Plaintiff's operative Complaint and all claims therein against all Defendants, including without limitation Nationwide Mutual Insurance Company, Allied

1
ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION, WITH PREJUDICE

Property and Casualty Insurance Company (erroneously sued as "Allied Insurance Company"), AMCO Insurance Company, and DOES 1 through 10; and

    (2)    Bear their respective costs, attorney's fees and other expenses of this litigation.

IT IS SO ORDERED.

Dated: April 29, 2013            _____

                                          Honorable John F. Walter
                                          United States District Judge

Submitted by:

    Marc S. Hines
    Joseph S. McMillen
    Brandon Rainey
    HINES CARDER LLP
    3090 Bristol Street, Suite 300
    Costa Mesa, California 92626

2
ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION, WITH PREJUDICE